UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OPTIMUM POWER TECHNOLOGY, LP, ) | |
| ) | CIVIL ACTION NO. |
| Plaintiff, ) | 2:09-cv-1206-GLL |
| ) | |
| vs. ) | |
| ) | |
| DAYTONA TWIN TEC LLC, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the Plaintiff, OPTIUM Power Technology, L.P., and Defendant, Daytona Twin Tech LLC, and upon the approval of this Court pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the parties have entered into a Settlement Agreement resolving the above-captioned litigation, with all claims in this action to be dismissed with prejudice.

Each party agrees to bear its own costs and attorneys' fees.

_____
United States District Judge
DATED: 11-12-09

APPROVED AND CONSENTED TO:

OPTIMUM Power Technology, L.P.                    Daytona Twin Tech LLC

By: _____                       By: _____
Richard W. James                                   Chris Schroeder
PA I.D. No. 80,426                                 Owner, Daytona Twin Tech LLC
25 Churchill Road                                  933 Beville Road, Suite 101-H
Churchill, Pennsylvania 15235                      South Daytona Florida 32119

Attorney for Plaintiff                             Owner of Defendant

Dated: November 10, 2009